UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LARRY PORCHIA,<br><br>　　　　　　　　Plaintiff,<br>v.<br>AMERICAN MEDICAL RESPONDER, *et al.*,<br>　　　　　　　　Defendants. | Case No. 2:17-cv-02399-APG-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 1), filed on September 12, 2017.

Pursuant to 28 U.S.C. § 1914(a), a filing fee of $350.00 plus an additional $50 administrative fee is required to commence a civil action in federal district court. The court may authorize the commencement of an action without prepayment of fees and costs or security if the plaintiff is granted *in forma pauperis* status by the Court. 28 U.S.C. § 1915(a)(1). To proceed *in forma pauperis*, a plaintiff must submit an *in forma pauperis* application to the Court, accompanied by an *In Forma Pauperis* Motion Financial Certificate and a copy of the plaintiff's prison account statement showing the current balance of the account. *See* Local Rule LSR 1-2. Plaintiff filed an Application to Proceed *In Forma Pauperis*, but failed to attached a copy of his prison account statement. The Court, therefore, denies his application without prejudice. Plaintiff may re-file his application with all the required documentation.

Should Plaintiff decide to re-apply for *in forma pauperis* status, he is notified that he will still be required to the $350.00 filing fee (but not the $50 administrative fee), which will be deducted from his prison account in installments. Pursuant to the Prison Litigation Reform Act of 1995, the District Court is required to assess a fee where a prisoner is granted leave to proceed *in forma pauperis* in a civil action and the prison officials are required to collect and remit the money

1

to the Court. *See* 28 U.S.C. § 1915(b)(1)-(2). If the plaintiff does not have $350.00, the plaintiff will be required to pay either 20% of the average monthly balance or 20% of the average monthly deposits, whichever is greater. Furthermore, the plaintiff will be required to pay installments of 20% of the preceding month's deposits to the account in months that the account balance exceeds $10.00. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall send Plaintiff an Application to Proceed *In Forma Pauperis* (Inmate Packet), *In Forma Pauperis* Motion Financial Certificate and Instructions for the Application to Proceed *In Forma Pauperis*.

**IT IS FURTHER ORDERED** that Plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 1) is **denied**, without prejudice. Plaintiff shall have until **thirty (30) days** from the date of this order to either pay the appropriate filing fee of $400.00, or submit a completed application and affidavit in support of his request to proceed *in forma pauperis*. Plaintiff's failure to comply with this order will result in the recommendation that this action be dismissed.

Dated this 6th day of November, 2018.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE