# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LARRY PORCHIA, | Case No.: 2:17-cv-02399-APG-GWF |
| Plaintiff | **Order Accepting Report and Recommendation** |
| v. | |
| AMERICAN MEDICAL RESPONDER, et al., | [ECF No. 7] |
| Defendants | |

On January 11, 2019, Magistrate Judge Foley recommended that I dismiss this action because plaintiff Larry Porchia has not responded to court orders and has failed to prosecute the case. ECF No. 7. Porchia did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise" (emphasis in original)).

Additionally, Judge Foley's report and recommendation was returned in the mail. ECF No. 8. Under Local Rule IA 3-1, a pro se party must immediately advise the court of any change of address. "Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1.

/ / / /

/ / / /

/ / / /

IT IS THEREFORE ORDERED that Judge Foley's report and recommendation **(ECF No. 7) is accepted**. Plaintiff Larry Porchia's complaint is DISMISSED without prejudice. The clerk of court is instructed to close this case.

DATED this 6th day of February, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE